UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

          Petitioner,

v.                                            Case No. 8:05-mc-80-T-23MSS

SCOTT GENSLINGER,

          Respondent.
_____/

## REPORT AND RECOMMENDATION

THIS CAUSE comes on for consideration of Petitioner's Motion to Close Case. (Dkt. 4). In the Motion to Close Case, Petitioner's counsel informs the Court that the United States "no longer wishes to pursue enforcement of the Internal Revenue summonses issued to and served on Respondent, Scott Genslinger on April 20, 2005." (Dkt. 4 at 1). Accordingly, Petitioner asks the Court to deny the Petition to Enforce Internal Revenue Service Summonses and to close this case.

Upon review, and in light of Petitioner's decision not to pursue this case, the Undersigned respectfully reports and recommends that the District Judge grant Petitioner's Motion to Close Case (Dkt. 4) and deny any pending motions as moot.

Respectfully recommended in Tampa, Florida on this 15 day of March, 2006.

_____
MARY S. SCRIVEN
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Mr. Scott Genslinger