UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    CASE NO: 8:05-mc-80-T-23MSS

SCOTT GENSLINGER,

    Defendant.
_____/

## ORDER

United States Magistrate Judge Mary S. Scriven's report and recommendation (Doc. 5) on the United States of America's motion to close the case (Doc. 4) is **ADOPTED** and the motion is **GRANTED**. Accordingly, the petition to enforce an IRS summons is **DENIED AS MOOT**. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on March 21, 2006.

                                                  STEVEN D. MERRYDAY
                                                  UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy